978 So.2d 333 (2008)
Andrew MARQUINEZ
v.
LAFAYETTE INSURANCE COMPANY, Fleet Tire Service, Inc., Transit Management of Southeast Louisiana, Inc. and Regional Transit Authority.
No. 2008-C-0392.
Supreme Court of Louisiana.
April 4, 2008.
In re Lafayette Insurance Company et al;Defendant; Applying for Writ of Certiorari and/or Review, Parish of Orleans, Civil District Court Div. D, No. 04-13488; *334 to the Court of Appeal, Fourth Circuit, No. 2007-CA-0486.
Denied.
CALOGERO, C.J., recused.